IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MUSTAFA-EL K.A. AJALA,
formerly known as Dennis E. Jones-El,

                          Plaintiff,

      v.

KELLI WEST, RICK RAEMISCH,
TODD OVERBO, PETER HUIBREGTSE
and GARY BOUGHTON,

                         Defendants.

ORDER

13-cv-546-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Plaintiff Mustafa-El K.A. Ajala, formerly known as Dennis Jones-El, is proceeding on a claim that defendants Kelli West, Rick Raemisch, Todd Overbo, Peter Huibregtse and Gary Boughton are refusing to allow plaintiff to wear his kufi outside his cell and the chapel, in violation of the Religious Land Use and Institutionalized Persons Act, the free exercise clause, the establishment clause and the equal protection clause.  After reviewing the parties' submissions related to defendants' motion for summary judgment, I asked both sides to file supplemental materials addressing a number of issues not discussed in their briefs.  Dkt. #29.

      The parties have responded with new briefs and new evidentiary submissions. (Plaintiff filed two motions for extensions of time to file his supplemental materials that I have addressed in a separate order.)  Because both sides have raised important new issues, I conclude that it is appropriate to give the parties an opportunity to file opposition

materials to the other side's new briefs and evidentiary submissions. However, because both sides have notice of the other side's arguments, no reply materials will be necessary.

At the time the parties' response materials are due, the scheduled trial in this case will be approximately one month away. Because such a small amount of time will not be enough to allow the court to issue a decision and give the parties an opportunity to prepare for trial, I am striking the trial date. If plaintiff's claims cannot be resolved on summary judgment, I will set a new trial date in consultation with the parties.

ORDER

IT IS ORDERED that

1. The parties may have until March 30, 2015, to file responses to the other side's supplemental submissions.

2. The May 4, 2015 trial date is STRICKEN. If plaintiff's claims cannot be resolved on summary judgment, I will set a new trial date in consultation with the parties.

Entered this 4th day of March, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge